**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-7779**

---

RICHARD WADE KENDRICK,

Plaintiff - Appellant,

versus

GENE M. JOHNSON; DEPUTY DIRECTOR, COMMUNITY
CORRECTIONS, Augusta Correctional Center;
JERRY W. KILGORE,

Defendants - Appellees.

---

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke. James C. Turk, District Judge.
(CA-94-991-R)

---

Submitted: March 21, 1996          Decided: April 12, 1996

---

Before NIEMEYER and MICHAEL, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Richard Wade Kendrick, Appellant Pro Se. Alexander Leonard Taylor,
Jr., OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond,
Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny Appellant's motion for an evidentiary hearing and affirm on the reasoning of the district court. Kendrick v. Johnson, No. CA-94-991-R (W.D. Va. Oct. 27, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED